IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-01743-MSK-OES

GREG R. THOME,
G T REED AND ASSOCIATES, LLC,
JAMES E. MEINE,
SCOTT A MOSER,
WILLIAM F. MEINE,
GLNA, LLC,
GENE F. LANG & CO.,
TOM WHEATLEY,
PURE SOURCE ENERGY, LLC, and
WHEATLEY OIL COMPANY,

        Plaintiffs,

v.

LAYNE ENERGY SYCAMORE, LLC, and
SHAWNEE OIL & GAS, LLC,

        Defendants.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on its Order to Show Cause Why Claims Should Not Be Dismissed **(#4)**, filed September 22, 2005.  In such Order, the Court directed the Plaintiffs to file an Amended Complaint or otherwise show cause why their claims should not be dismissed for lack of subject matter jurisdiction on or before October 14, 2005.

The Plaintiffs have not complied with the Order to Show Cause.  They have not filed an Amended Complaint or otherwise demonstrated that this Court has subject matter jurisdiction over their claims.

**IT IS THEREFORE ORDERED** that the Plaintiffs' claims are **DISMISSED**, without

prejudice.  The Clerk of Court is directed to close this case.

       Dated this 17th day of October, 2005.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge